L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>MARIO ROCAEL SONTAY<br><br>Debtor(s) | CHAPTER 13<br>CASE NO: 2:09-BK-10004-AA<br><br>DECLARATION RE: MORTGAGE PAYMENT SENT TO LENDER(s)<br>[NO HEARING REQUIRED] |

I, MARIO ROCAEL SONTAY, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On MARCH 18, 2010 I purchased and sent a total of $9,100.25 to my lender SPECIALIZED LOAN SERVICING, to the following address: 8742 LUCENT BLVD., STE 300, HIGHLANDS RANCH, CO 80129. See attached copy of the CASHIER CHECK. # 424663675

This payment is to bring current the post-petition arrears I have with this lender.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 03/18/2010                              _____
                                                                Debtor

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Specialized Loan Servicing
    8742 Lucent Blvd #300
    Highlands Ranch, CO 80129

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
    X ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)

    7009 0960 0000 9785 7399

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**Bank of America**

05-14-3774B  09-2005

Banking Center  0001556  00003  004663675

PICO RIVERA IN-STORE

LOAN # 1002871283

Pay  **NINE THOUSAND ONE HUNDRED DOLLARS AND 25 CENTS**

To The Order Of:  **SPECIALIZED LOAN SERVICING**  ****

Cashier's Check

Date  MARCH 18, 2010

MARIO SONTAY
Remitter (Purchased By)

$ **9100.25**

No. 42466 3675

Bank of America, N.A.
San Francisco, CA

VOID AFTER 90 DAYS

Authorized Signature

C413 2:02-bk-10004-AA

⑈424663675⑈ ⑆121000358⑆ 13970″850 7⑆⑈