L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>MARIO ROCAEL SONTAY<br><br>Debtor(s) | **CHAPTER 13**<br>CASE NO: 2:09-BK-10004-AA<br><br>DECLARATION OF DEBTOR RE: POST PETITION MORTGAGE PAYMENT SENT TO LENDER |

I, MARIO ROCAEL SONTAY, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On March 8, 2011 I purchased a cashier check # 429572934 for a total of $3,640.10 issue to my lender Specialty Loan Servicing to bring my post-petition mortgage payment current as of February 2011. A copy of the Cashier check is attached.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 8, 2011

_____
Debtor **Mario Rocael Sontay**

1

**Bank of America**

Cashier's Check

No. 429572934

Notice to Purchaser - In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Date: MARCH 08, 2011

11-35/1210
NCA

Banking Center: PICO RIVERA IN-STORE

0001556  00008  0009572934

MARIO SONTAY
Remitter (Purchased By)

Pay To The Order Of: **THREE THOUSAND SIX HUNDRED FORTY DOLLARS AND 10 CENTS**

**SPECIALITY LOAN SERVICING**
****

$ **3640.10**

Authorized Signature

Bank of America, N.A.
San Francisco, CA

VOID AFTER 90 DAYS

⑊429572934⑊ ⑉121000358⑊ 13970⑊85076⑊

THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK    THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK